DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARLEEF KEBREAU,**
Appellant,

v.

**BROWARD COUNTY SCHOOL BOARD,**
Appellee.

No. 4D22-842

[March 30, 2023]

Administrative appeal from the Broward County School Board; L.T. DOAH Case No. 19-4176TTS.

Melissa C. Mihok of CPLS, P.A., Orlando, for appellant.

Denise M. Heekin and Elizabeth W. Neiberger of Bryant Miller Olive P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***